821 A.2d 1202

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Fred Joseph LAGATTUTA, Respondent.**

**No. 957 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 25, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 27, 2002, it is hereby

ORDERED that FRED JOSEPH LAGATTUTA be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.